Argued February 26, affirmed without
prejudice March 12, 1979

CECIL, et al., *Appellants,*
*v.*
SCHOOL DISTRICT NO. 40, et al., *Respondents.*
(No. 33443, CA 10968)
591 P2d 427

Argued and submitted February 26, 1979.

William D. Rutherford, McMinnville, argued the cause for appellants. With him on the brief were Thomas C. Tankersley, and Rutherford and Drabkin, McMinnville.

David C. Haugeberg, McMinnville, argued the cause for respondents School District No. 40, Rudolph Baker and Market Insurance Co. With him on the brief were Francis E. Marsh, and Marsh, Marsh, Haugeberg, Rueter & Phillips, P.C., McMinnville.

Jeffrey M. Batchelor, Portland, argued the cause for respondent Stonewall Insurance Company. With him on the brief was Gearin, Landis & Aebi, Portland.

James H. Clarke, Portland, argued the cause for respondents Southern Pacific Transportation Company, and Arno Maldon Timmerman, Jr. With him on the brief were Laurence F. Janssen, James E. Bartels, and Dezendorf, Spears, Lubersky & Campbell, Portland.

I. Franklin Hunsaker and Bullivant, Wright, Leedy, Johnson, Pendergrass & Hoffman, Portland, waived appearance for respondent City of Lafayette.

Phillip D. Chadsey, and Davies, Biggs, Strayer, Stoel and Boley, Portland, waived appearance for respondent General Motors Corporation.

W. H. Morrison, and Morrison, Dunn, Cohen, Miller & Carney, Portland, waived appearance for respondent Oregon Automobile Insurance Company.

[199]

Rodney W. Miller, and Miller & Parks, Salem, waived appearance for respondent Yamhill County.

Garry L. Kahn, and Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland, waived appearance for Mr. and Mrs. John Espinoza, parents of Christina Marie Espinoza, deceased; Shawn Espinoza.

Roland F. Banks, Jr., and Souther, Spaulding, Kinsey, Williamson Schwabe, Portland, waived appearance for respondent Superior Coach Division of Scheller Globe Corporation, Schetky Equipment Corporation.

No appearance for respondents Gary L. Barr, John R. Barr, Mr. and Mrs. Curtis Parks, parents of Lori Marie Barr, deceased.

No appearance for Mr. and Mrs. Lloyd Smith, parents of Annette Smith, deceased; Joanne Smith, Brenda Houck, William Houck, Butch Houck, Kim K. Denney, Leanna M. Denney, Robert L. Denney.

No appearance for respondent Troy Lashley.

No appearance for respondent Vickie Ellen Myers.

No appearance for respondents Casey Muscarella, Tom Robison.

No appearance for respondent Jerry Segundo.

No appearance for respondent Michael D. Teagarden.

No appearance for respondents Lurita Nance, Mona Nance, Tanita A. Nance.

Before Schwab, Chief Judge, and Thornton, Lee and Gillette, Judges.

PER CURIAM

## PER CURIAM

The parties have stipulated that the judgment entered below be affirmed without prejudice to the rights of any of the parties to again raise any of the issues raised by the pleadings below in pending or subsequent proceedings. It is so ordered.

Affirmed without prejudice.